UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBERTO ALMONTA TEJADA,<br><br>                    Plaintiff,<br><br>         -against-<br><br>COMMISSIONER OF SOCIAL SECURITY, ET AL.,<br><br>                    Defendants. | 24-CV-10068 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

   Plaintiff Reberto Tejeda brought an action that, among other things, sought review of a Social Security Administration (SSA) decision regarding his entitlement to disability insurance benefits. *Tejada v. Social Sec. Admin.*, No. 24-CV-04852-BCM (*Tejada I*). In *Tejada I*, the parties consented to a magistrate judge's jurisdiction for all purposes, and the SSA then moved to dismiss the complaint or for summary judgment. By order entered November 12, 2024, Magistrate Judge Moses directed Plaintiff to contact attorney Ann Biddle of the Urban Justice Center, at (646) 602-5671 or ABiddle@urbanjustice.org, and stayed the action. On November 13, 2024, Plaintiff filed a notice of voluntary dismissal, and the case was dismissed without prejudice. However, Plaintiff continued to file motions in *Tejada I*.

   Additionally, on December 26, 2024, Plaintiff filed this action, again seeking, among other things, review of decisions of the SSA. Because it appears that Plaintiff's complaint seeks to continue the claims raised in *Tejada I*, the new complaint was refiled in *Tejada I* (ECF 44).

   The Court therefore directs the Clerk of Court to close the action under this docket number, 24-CV-10068 (LTS), without prejudice to these claims proceeding in *Tejada I* upon reopening of that closed case.

## CONCLUSION

Because this complaint has been refiled in the action under docket number 24-CV-4852 (BCM), the Clerk of Court is directed to close this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 17, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge